# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146787 & (37)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

KAREEM DALE RHODES,
            Defendant-Appellant.

SC: 146787
COA: 308107
Macomb CC: 2004-002865-FC

_____/

On order of the Court, the motion to expand the record is DENIED as moot, because the transcripts are already a part of the record on appeal. The application for leave to appeal the January 18, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



s0722

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



Clerk